[No. 66636-3-I.   Division One.   November 28, 2011.]

LAKE CHELAN SHORES HOMEOWNERS ASSOCIATION, *Appellant*, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Respondent*.

The opinion in the above case, which appeared at 167 Wn. App. 28-41, has not been published in the permanent bound volume pursuant to an order of the Court of Appeals dated August 19, 2013, withdrawing the opinion and substituting a new opinion. See ___Wn. App. ____.